

```
Geoffrey M. Adalian
Attorney at Law
State Bar # 216398
5501 W. Hillsdale Dr., Ste C
Visalia, California  93291
(559) 733-8990

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:
                                            Case No: 11-60834

Jose Garcia Chavez

Maria Garcia

       Debtors.
_____

APPLICATION FOR APPROVAL OF ATTORNEY'S FEES

    Geoffrey M. Adalian, hereby applies for approval of attorney fees in the total amount of **$ 3,500.00**.  The sum of **$3,500.00** was received prior to the filing of the petition.  The balance remaining due is the sum of **$0.00**, which sum is to be paid, through the confirmed Chapter 13 plan.

Dated: September 12, 2011

                                    __/s/ Geoffrey M. Adalian____
                                        Geoffrey M. Adalian