Case 11-60834    Filed 09/30/11    Doc 10

FILED
September 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003803439

Geoffrey M. Adalian
Attorney at Law
State Bar # 216398
5501 W. Hillsdale Dr., Ste C
Visalia, California  93291
(559) 733-8990

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Case No: 11-60834

Jose Garcia Chavez

Maria Garcia

        Debtors.
_____

PROOF OF SERVICE OF APPLICATION FOR
APPROVAL OF ATTORNEY'S FEES

I declare that:

I am employed in the County of Tulare, California.

I am over the age of eighteen years and not a party to the within

cause;  my business address is 5501 W. Hillsdale Dr., Ste C,

Visalia, California  93291.

On the date stated below, I served the within

**APPLICATION FOR APPROVAL OF ATTORNEY'S FEES**

by placing a true copy thereof enclosed in a sealed envelope with

postage fully prepaid, in the United States mail at Visalia,

California addressed as follows:

1

| | |
|---|---|
| 1 | Michael H. Meyer |
| 2 | PO Box 28950<br>Fresno, CA 93729-8950 |
| 3 | |
| 4 | Office of the United States Trustee<br>United States Courthouse |
| 5 | 2500 Tulare Street, Suite 1401<br>Fresno, CA 93721-1318 |

I declare under penalty of perjury that the foregoing is true and

correct, and that this declaration was executed

on September 30, 2011, at Visalia, California.

                                            __/s/ Maria Sosa_____
                                                    Maria Sosa