Case 11-60834    Filed 11/15/11    Doc 24

FILED
November 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003902364

Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Kristen M. Gates, #258698
Staff Attorneys
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

JOSE GARCIA CHAVEZ

MARIA GARCIA

    DEBTORS,

CASE NO. 11-60834-A-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. §1307

DATE: December 15, 2011
TIME: 9:00 AM

PLACE:
    U.S. Courthouse
    5th Floor, Dept A, Courtroom 11
    2500 Tulare Street
    Fresno, CA 93721-

JUDGE: HON. Whitney Rimel

**TO THE DEBTORS AND THEIR ATTORNEY**:

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move for an **ORDER OF DISMISSAL** of the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):
1. Unreasonable delay by the Debtors that is prejudicial to creditors. [1307(c)(1)]
2. Payments to the Trustee are not current under the debtor(s) proposed plan. [1307(c)(45)]

DATED: November 15, 2011

                /s/ MICHAEL H. MEYER
                MICHAEL H. MEYER Chapter 13 Trustee

1