Case 11-60834    Filed 11/29/11    Doc 28

2011-60834
FILED
November 29, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003919361

Geoffrey M. Adalian
Attorney at Law
State Bar # 216398
5501 W. Hillsdale Dr., Ste C
Visalia, California  93291
(559) 733-8990

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

Case No: 11-60834-A

Jose Garcia Chavez

Maria Garcia

    Debtors.

ORDER CONFIRMING PLAN

The Chapter 13 Plan of the above-named Debtors has been transmitted to all creditors, and it has been determined after notice and opportunity a hearing that the Debtors' Plan satisfies the requirements of 11 U.S.C. section 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.  The Debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtors' address.

2.  The Debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the Debtors; and

3.  The Debtors shall appear in Court whenever notified to do so by the Court.

so by the Court.

    **IT IS FURTHER ORDERED** that the attorney's fees for the Debtors' attorney in the full amount of $3,500.00 are approved, $3,500.00 of which was paid prior to the filing of the petition. The balance of $0.00 provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and their Attorneys, shall be paid by the trustee from plan payments at the rate specified in Guidelines for Payment of Attorney's fees in Chapter 13 Cases.

    **IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C Section 1323, the plan is amended as follows: N/A

Approved

*/s/ Kristen M Gates/m:*
_____
Michael H. Meyer,
Chapter 13 Trustee

Dated:

Nov 29, 2011

*/s/ Whitney Rimel*
_____
United States Bankruptcy Judge