

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Eastern District Of California (Fresno)

In re  Jose Chavez _____ ,                Case No.   11-60834

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Candica, L.L.C. _____
       Name of Transferee

Name and Address where notices to transferee should be sent:
Candica, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Phone:   (877) 332-3543

Last Four Digits of Acct #:   7548 _____

Name and Address where transferee payments should be sent (if different from above):
Candica, L.L.C.
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA  98124

Phone:   (877) 332-3543

Last Four Digits of Acct #:   7548

FIA Card Services, NA As Successor In Interest to Bank of America NA _____
       Name of Transferor

Court Claim # (if known): _____
Amount of Claim:   $3324.83 _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #:   7548 _____

Seller Information
FIA Card Services, NA As Successor In Interest to Bank of America NA
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA  98124

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Richard S. Ralston, WA Bar No. 8546          Date:  December 6, 2011
       Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

**Form 210B (10/06)**

# United States Bankruptcy Court
## Eastern District Of California (Fresno)

In Re:  Jose Chavez                                    Case No.    11-60834

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.            (if known) was filed or deemed filed under 11 U.S.C. 1111 (a) in this case by
the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on December 6, 2011.

| Transferor | Transferee |
|---|---|
| FIA Card Services, NA As Successor In Interest to Bank of America NA | Candica, L.L.C. |

Name and Address where notices to
transferee should be sent:

Candica, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Address of Alleged Transferor
FIA Card Services, NA As Successor In
Interest to Bank of America NA

DEADLINE TO OBJECT TO TRANSFER

The alleged Transferor of the claim is hereby notified that objections must be filed with the
court within twenty (20) days of the mailing of this notice.  If no objection is timely received
by the court, the transferee will be substituted as the original claimant without further order
of the court.

Date:

**CLERK OF THE COURT**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*