Case 11-60834    Filed 04/26/13    Doc 46

**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

Case 11-60834    Filed 04/26/13    Doc 46