Weinstein & Riley, P.S.
Bethany Wojtanowicz SBN: 292514
2001 Western Ave.,
Suite 400
Seattle, WA 98121
Tel: 206-493-1511
Fax: 206-269-3493

Attorney for Candica LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| In re:<br>JOSE CHAVEZ<br><br>MARIA CHAVEZ<br>          Debtors. | Case No.: 11-60834<br><br>DC NO. BAW-1<br><br>CHAPTER 13<br><br>CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF WITHDRAWAL OF CLAIM NO. 2 BY CANDICA, LLC |

**CERTIFICATE OF SERVICE**

I DECLARE THAT:

I am over the age of 18 and not a party to this bankruptcy case. My business address is 2001 Western Ave., Suite 400, Seattle, WA 98121.

On January 28, 2015, I served the following persons and/or entities at the last known address in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed as follows:

<u>Trustee:</u>
Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

<u>Attorney for Debtors:</u>
Geoffrey M, Adalian, Esquire
Adalian Law Office
5501 W. Hillsdale Dr., Suite C
Visalia, CA 93291

<u>Debtors:</u>
Jose Garcia Chavez
Maria Garcia
232 N. C Street
Tulare, CA 93274

<u>U.S. Trustee</u>
Office of the United States Trustee
United States Courthouse
2500 Tulare Street, Suite1401
Fresno, CA 93721-1318

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 28, 2015 at Seattle, Washington.


Dated: January 28, 2015                              */s/ Bethany Wojtanowicz*
                                                     Bethany Wojtanowicz
                                                     Weinstein & Riley, P.S.
                                                     2001 Western Ave. #400
                                                     Seattle, WA 98121
                                                     Telephone: 206-493-1511
                                                     bethanyw@w-legal.com.com
                                                     Attorney for Candica, LLC