Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

JOSE GARCIA CHAVEZ

MARIA GARCIA

        Debtors.

) Case No.: 11-60834-A-13F
)
) DC NO. MHM-2
)
) CHAPTER 13
)
) WITHDRAWAL OF CHAPTER 13
) TRUSTEE'S OBJECTION TO
) WITHDRAWAL OF CLAIM NO. 2 BY
) CANDICA LLC
)
) DATE:   March 12, 2015
) TIME:    9:00 AM
) PLACE: U.S. Courthouse
)              5th Floor
)              2500 Tulare Street
)              Fresno, CA 93721
) JUDGE: Hon. Fredrick E. Clement

TO THE DEBTORS, THEIR ATTORNEY AND INTERESTED PARTIES:

    YOU AND EACH OF YOU are hereby notified that the Chapter 13 Trustee's Objection to Withdrawal of Claim No. 2 by Candica LLC, set for hearing on March 12, 2015, is hereby withdrawn.

Dated: January 29, 2015

                                  Respectfully submitted,
                               /s/ Michael H. Meyer
                              MICHAEL H. MEYER
                              Chapter 13 Trustee